NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
     Room 7211 Federal Building
     300 N. Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2534
     Facsimile:   (213) 894-0115
     E-mail:      Najah.Shariff@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTERN PROGRESSIVE, LLC<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:20-cv-03873-RGK-AGR<br><br>[~~Proposed~~] Final Judgment and Order of Distribution |

      Having considered the Stipulation for Entry of Final Judgment and Order of Distribution of the surplus proceeds resulting from the non-judicial sale of real property located at 5468 10th Avenue, in Los Angeles, California, entered between Western Progressive, LLC, Plaintiff, the United States of America, Defendant, Doris Mae Tinson, and Julianna Gin, the Stipulation filed at Docket No. 11 is APPROVED.

      Based on the Stipulation, IT IS ORDERED THAT:

      A.    The interpleader funds in the amount of $152,358.85 being held in the client trust account of counsel for Western Progressive shall be distributed as follows:

           a.    To the United States of America: $33,342.64.

      b.      To Doris Mae Tinson: $76,179.43.

      c.      To Juliana Gin: $42,836.79.

B.    The payments shall be made as follows:

    a.    Regarding the claim of the United States of America, the check shall be made payable to the "United States Treasury" and mailed to Najah J. Shariff, Assistant United States Attorney, United States Attorney's Office, 300 N. Los Angeles Street, Suite 7211, Los Angeles, California 90012.

    b.    Regarding the claim of Doris Mae Tinson, the check shall be made payable to "Doris Mae Tinson" and mailed to Consumer Defense Law Group, P.C., attn: Tony Cara, 2973 Harbor Blvd., Suite 594, in Costa Mesa, CA 92626.

    c.    Regarding the claim of Julianna Gin, the check shall be made payable to "Julianna Gin" and mailed to Law Offices of Bennett A. Rheingold, 3424 Carson Street, Suite 500, Torrance, CA 90503 (One West Bank/City National Building).

C.    This order constitutes the final judgment of the Court.

IT IS SO ORDERED.

DATE: August 10, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2